1 ROD M. FLIEGEL, Bar No. 168289
ALISON S. HIGHTOWER, Bar No. 112429
2 ALLEN P. LOHSE, Bar No. 236018
LITTLER MENDELSON, P.C.
3 333 Bush Street, 34th Floor
San Francisco, CA 94104
4 Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
GARDA CL WEST, INC., GARDA CL
TECHNICAL SERVICES, INC., and
GARDA SUPPLIES, RENTAL &
SERVICES LTD.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI LANE, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GARDA CL WEST, INC., a California corporation; GARDA CL TECHNICAL SERVICES, INC., a Delaware corporation; GARDA SUPPLIES, RENTAL & SERVICES LTD., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-08200-R-JEM<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE (LANE) AND WITHOUT PREJUDICE (PUTATIVE CLASS)** |

Case No. 2:17-cv-08200-R-JEM

ORDER RE VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, having been stipulated and agreed upon by and between the parties and their respective counsel, the lawsuit brought by Plaintiff ALI LANE ("Plaintiff") against Defendants GARDA CL WEST, INC., GARDA CL TECHNICAL SERVICES, INC., and GARDA SUPPLIES, RENTAL & SERVICES LTD. ("Defendants") is hereby voluntarily dismissed: (1) ***with prejudice*** as to all claims brought by Plaintiff against all Defendants, and (2) ***without prejudice*** as to all claims asserted by the putative class against Defendants. Each party shall bear her/its own costs, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 19, 2018

_____
The Honorable Manuel L. Real
Judge Of The United States District Court

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940